FILED

03/17/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0114

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 21-0114

STATE OF MONTANA,

      Plaintiff and Appellee,

  v.

MICHAEL PRESSEL,

      Defendant and Appellant.

## ORDER

Upon consideration of Respondent's motion for a 45-day extension of time, and good cause appearing therefor,

IT IS HEREBY ORDERED that Respondents are granted an extension of time to and including May 10, 2022, within which to prepare, serve, and file its response brief.

RB

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
March 17 2022